UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

This Document Relates to:

*Phyllis Kekich v. Boehringer Ingelheim
Pharmaceuticals, Inc. et al.,* No. 3:12-cv-50009

### ORDER

**Herndon, Chief Judge:**

Pamela Zarlenga, the Personal Representative of the Estate of Phylis Kekich, deceased, requests leave of court to file a first amended complaint (Doc. 15).[1] The purpose of the amended complaint is to amend the style of the case to reflect the appointment of Pamela Zarlenga, as the Personal Representative of the Estate of Phylis Kekich. Considering the motion the Court ORDERS as follows:

The motion for leave to amend is GRANTED. Movant is DIRECTED to file

---

[1] The initial motion for leave to amend (Doc. 14) has been withdrawn and replaced by the amended motion for leave to amend (Doc. 15).

the amended complaint INSTANTER. FURTHER, upon the filing of the amended

complaint, the Clerk of the Court is DIRECTED to revise the docket accordingly.

**IT IS SO ORDERED.**

Digitally signed by
David R. Herndon
Date: 2013.05.24
16:17:45 -05'00'

**Chief Judge**                                                    **Date: May 24, 2013**
**United States District Court**